IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                   No. 16-cr-30024-DRH-1

**ASTIN DEAN NAULS ALLISON,**

**Defendant.**

### MEMORANDUM & ORDER

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for Defendant Allison, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2), and Defendant Allison's consent (Doc. 175). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on December 15, 2016 (Doc. 174). During the change of plea, Defendant Allison pled guilty to Count 1 of the Indictment (Conspiracy to Distribute, and Possess With Intent to Distribute, Cocaine in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(A)(iii)) and Count 2 of the Indictment (Interstate Travel in Aid of Racketeering Enterprises in violation of 18 U.S.C. § 1952), following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 288).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**                                                   No. 16-cr-30024-DRH-1

**ASTIN DEAN NAULS ALLISON,**

**Defendant.**

### MEMORANDUM & ORDER

**HERNDON, District Judge:**

This matter was referred to United States Magistrate Judge Stephen C. Williams for the specific purpose of conducting a change of plea for Defendant Allison, pursuant to 28 U.S.C. § 636, LOCAL RULE 72.1(b)(2), and Defendant Allison's consent (Doc. 175). Pursuant to FEDERAL RULE OF CRIMINAL PROCEDURE 11, the change of plea hearing was held on December 15, 2016 (Doc. 174). During the change of plea, Defendant Allison pled guilty to Count 1 of the Indictment (Conspiracy to Distribute, and Possess With Intent to Distribute, Cocaine in violation of 21 U.S.C. §§ 846; 841(a)(1) and (b)(1)(A)(iii)) and Count 2 of the Indictment (Interstate Travel in Aid of Racketeering Enterprises in violation of 18 U.S.C. § 1952), following a thorough colloquy with Judge Williams. Thereafter, Judge Williams issued a Report and Recommendation ("the Report") recommending that the Court accept defendant's plea of guilty (Doc. 288).

In accordance with 28 U.S.C. § 636(b)(1)(B), the parties were allowed fourteen days to file written objections. As of this date, neither party has filed an

objection. Therefore, the Court **ADOPTS** the Report in its entirety. Thus, based on the record in the case, the recommendation of the Magistrate Judge, the consent of the defendant to plead before the magistrate without subsequent objection, it is the finding of the Court in the case of *United States v. Allison*, that Defendant Astin Dean Nauls Allison was fully competent and capable of entering an informed plea, that Defendant Allison was aware of the nature of the charges and the consequences of the plea, and that the plea of guilty was a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense. Accordingly, the Court **ACCEPTS** the guilty plea and **ADJUDGES** Defendant Allison **GUILTY** on Counts 1 and 2 of the indictment. The Court also **REMINDS** the parties that this matter is set for sentencing on September 1, 2017 at 1:30 PM.

**IT IS SO ORDERED.**

Signed this 5th day of July, 2017.

Digitally signed by Judge David R. Herndon
Date: 2017.07.05 14:11:24 -05'00'

**United States District Judge**